Charles C. Jacobs, Respondent, v. Peter Ciancimino, Appellant.— Judgment and order affirmed, with costs. No opinion. Hirschberg, Burr, Thomas, Woodward and Rich, JJ., concurred.

George Henry James and Others, Respondents, v. Phebe E. Bedell and Others, Appellants.— Interlocutory judgment affirmed, with costs. No opinion. Hirschberg, Thomas, Carr, Woodward and Rich, JJ., concurred.

Katie Jussila, Appellant, v. John Jussila, Respondent.— Judgment reversed and new trial granted, costs to abide the final award of costs, upon the ground that the plaintiff's evidence shows *prima facie* that a partnership was formed and business done thereunder. Hirschberg, Burr, Thomas, Woodward and Rich, JJ., concurred.

Daniel F. Kennedy, Appellant, v. The Brooklyn Heights Railroad Company, Respondent.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Burr, Thomas, Woodward and Rich, JJ., concurred.

Clara Lee, Respondent, v. Frank O. Tompkins, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Woodward and Rich, JJ., concurred; Burr, J., dissented.

Walter Livingston, an Infant, by William A. Livingston, Jr., as Guardian ad Litem, Respondent, v. John A. Fox, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, Burr, Thomas and Woodward, JJ.

John H. May, as Administrator, etc., of Charles Nelson May, Deceased, Appellant, v. The New York Central and Hudson River Railroad Company, Respondent.— Judgment and order unanimously affirmed, with costs, on the authority of *May* v. *New York Central & Hudson River Railroad Co.* (137 App. Div. 7). Present — Jenks, P. J., Thomas, Woodward and Rich, JJ.

John McKiernan, Respondent, v. New York, Susquehanna and Western Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

Margaret McQuillan, Plaintiff, v. Jane McQuillan and Others, Defendants. Margaret Stark, Appellant; Edward A. Mahar, Jr., Referee, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, Burr, Thomas, Woodward and Rich, JJ., concurred.

Midland Railroad Terminal Company, Respondent, v. The New York Herald Company, Appellant.— Interlocutory judgment affirmed, with costs, with the right to defendant to answer upon the merits upon payment of the costs included in said judgment and of this appeal within ten days after service of a copy of the order of affirmance and notice of